# EXHIBIT #3

**Group 3 – Google's Responsive Claim Construction Brief
(Civil Case Nos. 6:20-cv-00573-ADA, 6:20-cv-00575-ADA,
6:20-cv-00577-ADA, and 6:20-cv-00585-ADA)**

# STAN GIBILISCO

# THE ILLUSTRATED DICTIONARY OF Electronics

## EIGHTH EDITION

Audio/Video
Consumer Electronics
Wireless Technology

GOOG-WSOU573-CC-000008

# The Illustrated Dictionary of Electronics

Eighth Edition

*Stan Gibilisco*
*Editor-in-Chief*

**McGraw-Hill**
New York   Chicago   San Francisco   Lisbon   London   Madrid
Mexico City   Milan   New Delhi   San Juan   Seoul
Singapore   Sydney   Toronto

GOOG-WSOU573-CC-000009

Cataloging-in-Publication Data is on file with the Library of Congress

# McGraw-Hill 
A Division of The **McGraw-Hill** Companies

Copyright © 2001 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    AGM/AGM    0 9 8 7 6 5 4 3 2 1

P/N 0-07-137237-7

ISBN 0-07-137236-9

The sponsoring editor for this book was Scott Grillo, and the production supervisor was Pamela Pelton. It was set in Bookman by Techbooks.

Printed and bound by Quebecor/Martinsburg.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore

> Information in this book has been obtained by the publisher from sources believed to be reliable. However, neither the publisher nor the authors guarantee the accuracy or completeness of any information published herein. Neither the publisher nor the authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that the publisher and authors are supplying information but are not attempting to render professional services in any way, shape or form. If such services are required, the assistance of an appropriate professional should be sought.

 This book is printed on recycled, acid-free paper containing a minimum of 50 percent recycled de-inked fiber.

| NBS SWG | Millimeters | Inches |
|---|---|---|
| 33 | 0.254 | 0.0100 |
| 34 | 0.234 | 0.0092 |
| 35 | 0.213 | 0.0084 |
| 36 | 0.193 | 0.0076 |
| 37 | 0.173 | 0.0068 |
| 38 | 0.152 | 0.0060 |
| 39 | 0.132 | 0.0052 |
| 40 | 0.122 | 0.0048 |

**British thermal unit** Abbreviation, Btu. The amount of heat required to raise the temperature of a pound of water by one degree Fahrenheit, in an ambient environment of slightly greater than 39°F.

**broadband** Also called *wideband*. Possessing a characteristic wide bandwidth or range of operating frequencies. This term can be applied at audio frequencies (AF) or radio frequencies (RF), and is frequently used to describe the performance of oscillators, amplifiers, antennas, and various types of networks. The term can also be applied to describe the nature of electromagnetic emissions or noise. Examples are given in the following several definitions. Compare NARROWBAND.

**broadband amplifier** An amplifier that has very wide frequency response, such as 10 Hz to 10 MHz. Examples are an instrument amplifier and a video amplifier.

**broadband antenna** An antenna that operates satisfactorily over a comparatively wide band of frequencies without requiring retuning at individual frequencies. Examples are the log-periodic and discone antennas.

**broadband electrical noise** Electrical noise that is present over a wide frequency spectrum (e.g., 3 kHz to 30 MHz).

**broadband I-F** An intermediate-frequency (IF) amplifier or amplifier chain. The wide frequency response is important when an increased bandpass is preferred to high selectivity, as in high-fidelity radio tuners.

**broadband interference** Interference, other than noise, that is present over a wide band of frequencies. An example is over-the-horizon shortwave radar, recognizable by its characteristic "woodpecker" sound in communications receivers at high frequencies.

**broadband Klystron** A Klystron oscillator with a broadbanded tuned circuit.

**broadband tuning** Receiver tuning characterized by a selectivity curve having a pronounced flat top or broad nose that passes a wide band of frequencies. Also called *broadband response*.

**broadcast** **1.** A radio-frequency transmission of an intelligence-bearing signal that is directed to numerous unspecified receiving stations. **2.** The transmission or dissemination of signals to a large, unspecified number of receiving stations.

**broadcast band** Any band of frequencies allocated for broadcasting (see BROADCAST SERVICE, **1**), but particularly the U.S. standard amplitude-modulation (AM) and frequency-modulation (FM) radio broadcast bands at 535 to 1605 kHz (AM) and 88 to 108 MHz (FM).

**broadcasting** The dissemination of signals for reception by the general public, not for communications purposes.

**broadcast interference** Abbreviation, BCI. Interference to normal reception by broadcast receivers, usually arising from signals emitted by other stations.

**broadcast receiver** A receiver intended primarily to pick up standard broadcast stations. Also see BROADCAST BAND.

**broadcast service** **1.** Any radio transmitting service (including television) that exists for the purpose of sending out electromagnetic signals for general reception, rather than addressing them to specific receiving stations. **2.** The service provided by a station operating in the broadcast band.

**broadcast station** Any station in the broadcast service, but especially one assigned to operate in the standard U.S. broadcast bands. Also called *broadcasting station*.

**broadcast transmitter** A radio transmitter designed specifically for, and operated in, the broadcast service.

**broad response** Slow deflection of an indicator, such as a meter, over a relatively wide range of values of the input quantity.



broadband amplifier