# EXHIBIT #5

**Group 3 – Google's Responsive Claim Construction Brief
(Civil Case Nos. 6:20-cv-00573-ADA, 6:20-cv-00575-ADA,
6:20-cv-00577-ADA, and 6:20-cv-00585-ADA)**



Find products, advice, tech news

Home > Encyclopedia > B

# broadcast

Search PCMag Encyclopedia

BROWSE ENCYCLOPEDIA

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

**(1)** To transmit to every receiver within a geographic area. Over-the-air TV and AM and FM radio are examples of broadcast networks. Contrast with narrowcast.

**(2)** To transmit to every node on a local network or subnetwork. Broadcasts are commonly used to announce that network resources are now turned on and available, to advertise services and to make requests for address resolution. See broadcast address, multicast, broadcast traffic, address resolution, ARP, SLP and broadcast domain.

THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction requires permission.
Copyright © 1981- 2021. The Computer Language Co Inc. All rights reserved.

**PC Magazine Digital Edition** Get 67% Off Newsstand Price →

# PCMag Newsletters Our Best Stories in Your Inbox →

# Follow PCMag

# HONEST, OBJECTIVE REVIEWS

PCMag.com is a leading authority on technology, delivering Labs-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

How We Test     Editorial Principles

| | |
|---|---|
| Reviews | Best Products |
| Categories | Brands |
| Events | Series |
| Encyclopedia | Sitemap |
| About PCMag | Careers |
| Contact Us | Press Center |

© 1996-2021 ZIFF DAVIS, LLC. PCMAG DIGITAL GROUP

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis, LLC and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

GOOG-WSOU573-CC-000003

About Ziff Davis

Privacy Policy

Terms of Use

Advertise

Accessibility

Do Not Sell My Personal Information

AdChoices








GOOG-WSOU573-CC-000004



Find products, advice, tech news

Home > Encyclopedia > N

# narrowcast

Search PCMag Encyclopedia

## BROWSE ENCYCLOPEDIA

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

To transmit to selected individuals. Cable TV and satellite radio are examples of narrowcast services because they reach only their subscriber base. Mailing lists are another example. Contrast with broadcast. See multicast.

THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction requires permission.
Copyright © 1981- 2021. The Computer Language Co Inc. All rights reserved.

**PC Magazine Digital Edition** Get 67% Off Newsstand Price →

**PCMag Newsletters** Our Best Stories in Your Inbox →

Follow PCMag

GOOG-WSOU573-CC-000005

Follow PCMag



# HONEST, OBJECTIVE REVIEWS

PCMag.com is a leading authority on technology, delivering Labs-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

How We Test    Editorial Principles

| Reviews | Best Products |
| Categories | Brands |
| Events | Series |
| Encyclopedia | Sitemap |
| About PCMag | Careers |
| Contact Us | Press Center |

© 1996-2021 ZIFF DAVIS, LLC. PCMAG DIGITAL GROUP

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis, LLC and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

| About Ziff Davis | Privacy Policy |
| Terms of Use | Advertise |
| Accessibility | Do Not Sell My Personal Information |

▷ AdChoices

GOOG-WSOU573-CC-000006






GOOG-WSOU573-CC-000007