# EXHIBIT #10

**Group 3 – Google's Responsive Claim Construction Brief
(Civil Case Nos. 6:20-cv-00573-ADA, 6:20-cv-00575-ADA,
6:20-cv-00577-ADA, and 6:20-cv-00585-ADA)**

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Request for Continued Examination (RCE) Transmittal

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| Field | Value |
|---|---|
| Application Number | 11/170,730 |
| Filing Date | 06/29/2005 |
| First Named Inventor | Christian Kraft |
| Art Unit | 2643 |
| Examiner Name | Jean Alland Gelin |
| Attorney Docket Number | 042933/407152 |

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      ii. ☐ Other _____

   b. ☑ Enclosed
      i. ☑ Amendment/Reply
      ii. ☐ Affidavit(s)/ Declaration(s)
      iii. ☐ Information Disclosure Statement (IDS)
      iv. ☐ Other _____

2. **Miscellaneous**
   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.
   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 16-0605.
      i. ☑ RCE fee required under 37 CFR 1.17(e)
      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)
      iii. ☐ Other _____
   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| Signature | /Guy R. Gosnell/ | Date | 2013-02-13 |
|---|---|---|---|
| Name (Print/Type) | Guy R. Gosnell | Registration No. | 34610 |

### CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Appl. No.:        11/170,730                Confirmation No.: 3286
Applicant(s):   Christian Kraft
Filed:              June 29, 2005
Art Unit:         2643
Examiner:       Jean Alland Gelin
Title:              IMPROVED MOBILE COMMUNICATION TERMINAL, METHOD, AND COMPUTER PROGRAM PRODUCT

Docket No.:   042933/407152
Customer No.: 10949

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT

Sir:

In response to the Decision on Appeal dated December 13, 2012, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims beginning on page 2 of this paper.

**Remarks** begin on page 7 of this paper.

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

**Amendments to the Claims:**

1. (Currently Amended) A mobile communication apparatus comprising a memory configured to hold contact information, wherein items of said contact information are stored in groups <u>in the memory</u>, each group having a respective tree structure comprising a plurality of logical levels, wherein contact information at a top logical level of a respective group includes contact information that is common to all lower level contact information belonging to the respective group <u>and wherein an item on the top logical level comprises links to items on a lower logical level which comprises links to items on a further lower logical level</u>.

2. (Original) The mobile communication apparatus according to claim 1, wherein said logical levels are defined by links between at least a higher level item and at least a lower level item.

3. (Previously Presented) The mobile communication apparatus according to claim 1, wherein said contact information is configured to be presented according to said tree structure on a display of said mobile communication apparatus.

4. (Original) The mobile communication apparatus according to claim 3, wherein a display view comprises all items of said tree structure.

5. (Original) The mobile communication apparatus according to claim 4, wherein said display view comprises a scrolling function to be able to view a user selected part of said items.

6. (Previously Presented) The mobile communication apparatus according to claim 3, wherein said tree structure is configured to be presented with relations between items together with images, texts, or symbols, or any combination thereof, related to said items, respectively, and said presented tree structure is browsable by a user.

LEGAL02/33930769v1

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

7. (Original) The mobile communication apparatus according to claim 3, wherein a group of lower level items linked to an item of a higher logical level are presented together with said higher logical level item.

8. (Original) The mobile communication apparatus according to claim 1, wherein said contact information comprises home telephone number, work telephone number, mobile telephone number, private e-mail address, work e-mail address, home address, work address, image, text, symbol, sound, red-letter day, or web address, or any combination thereof.

9. (Currently Amended) A method for storing contact information in a mobile communication apparatus comprising:

   assigning a plurality of logical levels of a tree structure to respective groups of said contact information; and

   storing contact information in a logical level of said tree structure being related to said groups of contact information,

   wherein contact information at a top logical level of a respective group includes contact information that is common to all lower level contact information belonging to the respective group <u>and wherein an item on the top logical level comprises links to items on a lower logical level which comprises links to items on a further lower logical level</u>.

10. (Original) The method according to claim 9, further comprising presenting said contact information according to said tree structure on a display of said mobile communication apparatus.

11. (Original) The method according to claim 10, wherein a display view comprises all items of said tree structure.

LEGAL02/33930769v1

WSOU_575_8559928-0000047

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

12.   (Previously Presented) The method according to claim 11, further comprising scrolling said display view to view a user selected part of said items.

13.   (Original) The method according to claim 9, wherein said contact information comprises home telephone number, work telephone number, mobile telephone number, private e-mail address, work e-mail address, home address, work address, image, text, symbol, sound, red-letter day, or web address, or any combination thereof.

14.   (Original) The method according to claim 9, wherein said logical levels are associated to groups, families, companies, departments, teams, clubs, or personal relations, or any combination thereof.

15.   (Currently Amended) A method for accessing contact information in a mobile communication apparatus comprising:

>   navigating to a logical level of a tree structure related to a respective group of said contact information, wherein contact information at a top logical level of the respective group includes contact information that is common to all lower level contact information belonging to the respective group <u>and wherein an item on the top logical level comprises links to items on a lower logical level which comprises links to items on a further lower logical level</u>; and

>   accessing said contact information.

16.   (Original) The method according to claim 15, further comprising presenting said contact information according to said tree structure on a display of said mobile communication apparatus.

17.   (Original) The method according to claim 16, wherein a display view comprises all items of said tree structure.

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

18. (Previously Presented) The method according to claim 17, further comprising scrolling said display view to view a user selected part of said items.

19. (Original) The method according to claim 15, wherein said contact information comprises home telephone number, work telephone number, mobile telephone number, private e-mail address, work e-mail address, home address, work address, image, text, symbol, sound, red-letter day, or web address, or any combination thereof.

20. (Original) The method according to claim 15, wherein said logical levels are associated to groups, families, companies, departments, teams, clubs, or personal relations, or any combination thereof.

21. (Previously Presented) A computer program product stored in a memory comprising:

    computer readable program code for causing a computer to perform the method as defined in claim 9.

22. (Previously Presented) A computer program product stored in a memory comprising:

    computer readable program code for causing a computer to perform the method as defined in claim 15.

23. (Currently Amended) A user interface comprising:

a display; and

a processing unit configured to present, on the display, items regarding contact information where the items are arranged in groups, each group having a tree structure comprising a plurality of logical levels, wherein contact information at a top logical level of a respective group includes contact information that is common to all lower level contact information belonging to the respective

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

group <u>and wherein an item on the top logical level comprises links to items on a lower logical level which comprises links to items on a further lower logical level</u>.

24. (Previously Presented) The user interface of claim 23, wherein the processing unit is further configured to present all items of the tree structure on the display.

25. (Previously Presented) The user interface of claim 23, further comprising at least one scroll bar where the processing unit is further configured to present a portion of the tree structure on the display, the scroll bar being configured to allow horizontal and/or vertical scrolling of the tree structure on the display.

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

### REMARKS

The Decision on Appeal affirmed the prior rejection of Claims 1-25 as being anticipated by U.S. Patent Application Publication No. US 2005/0003870 to Nakano (hereinafter "Nakano"). As described below, each of the independent claims, that is, independent Claims 1, 9, 15 and 21, has been amended in order to patentably distinguish the claimed invention from Nakano. In view of the above-amendments and the following remarks, Applicants respectfully request reconsideration of the present application and allowance of the amended sets of claims.

By way of example, independent Claim 1 has been amended to recite that the mobile communication apparatus includes a memory configured to hold contact information with items of contact information being stored in groups <u>in the memory</u>. Each group has a respective tree structure that includes a plurality of logical levels. The contact information at a top logical level of a respective group includes contact information that is common to all lower level contact information belonging to the respective group. As now amended, independent Claim 1 also recites that "<u>an item on the top logical level comprises links to items on a lower logical level which comprises links to items on a further lower logical level</u>."

As will be noted, the former amendment points out that contact information is stored in the memory of the mobile communication apparatus in groups with each group having a tree structure comprising a plurality of logical levels. Additionally, the latter amendment points out that items of contact information are linked at least on three logical levels, that is, that a plurality of logical levels comprises at least three logical levels. The latter amendment is based on the original specification as filed including at least page 6, lines 24-32, and similarly page 7, lines 22-29, together with Figures 3 and 4. For example, page 6, lines 24-32 of the present application states:

> "Further, <u>the top item 300 comprises links to items 302, 304 on a lower logical level</u>, where the lower level items 302, 304 can be different sites of the company, here

LEGAL02/33930769v1

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

> *item 302 being associated with site A and item 304 being associated with site B. In this example, site A may comprise a factory and an administrative office, which each have an associated <u>contact information item 306, 308 on a further lower logical level</u>.*"
> (Emphasis added)

"A tree structure" is a data structure of the memory of the mobile communication apparatus and is a way of representing the hierarchical nature of the data structure. As now amended, the independent claims describe the storing of items of contact information in the memory of the mobile communication apparatus with the items being linked to a plurality of logic levels in a data structure, e.g., a tree structure. See, for example, page 2, lines 3-8 of the present application in regards to advantages provided by an example embodiment of the claimed invention in relation to the data structure to be stored in the memory.

Nakano fails to teach or suggest at least the feature of independent Claim 1 of "an item on the top logical level comprises links to items on a lower logical level which items comprises links to items on a further lower logical level". In Nakano, only two logical levels are present as shown, e.g., in Fig. 19, namely, "All groups" vs. "Work". However, amended independent Claim 1 now discloses that there are three or more logical levels in the tree structure. Independent Claims 9, 15 and 21 have also been amended in a comparable manner to that described above in conjunction with independent Claim 1 and, as such, are not taught or suggested by Nakano for at least the same reasons.

Therefore, the rejection of Claims 1-25, as now amended, is overcome.

### CONCLUSION

In view of the amended claims and remarks presented above, it is respectfully submitted that all of the present claims of the present application are in condition for immediate allowance. It is therefore respectfully requested that a Notice of Allowance be issued. The Examiner is encouraged to contact Applicants' undersigned attorney to resolve any remaining issues in order to expedite examination of the present application.

LEGAL02/33930769v1

WSOU_575_8559928-0000052

Appl. No.: 11/170,730
Amdt. dated February 13, 2013
Reply to Decision on Appeal of December 13, 2012

    The patentability of the independent claims has been argued as set forth above and thus Applicant will not take this opportunity to argue the merits of the rejection with regard to every dependent claim. However, Applicant does not concede that the dependent claims are not independently patentable and reserves the right to argue the patentability of dependent claims at a later date if necessary.

    It is not believed that extensions of time or fees for net addition of claims are required, beyond those that may otherwise be provided for in documents accompanying this paper. However, in the event that additional extensions of time are necessary to allow consideration of this paper, such extensions are hereby petitioned under 37 CFR § 1.136(a), and any fee required therefor (including fees for net addition of claims) is hereby authorized to be charged to Deposit Account No. 16-0605.

Respectfully submitted,

/Guy Gosnell/

Guy R. Gosnell
Registration No. 34,610

**Customer No. 10949**
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel Charlotte Office (704) 444-1000
Fax Charlotte Office (704) 444-1111

ELECTRONICALLY FILED USING THE EFS-WEB ELECTRONIC FILING SYSTEM OF THE UNITED STATES PATENT & TRADEMARK OFFICE ON February 13, 2013.